CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

SEP - 3 2013

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| HUBERT LEVERICH, | ) | Civil Action No. 7:13-cv-00350 |
| **Plaintiff,** | ) | |
| | ) | **MEMORANDUM OPINION** |
| v. | ) | |
| | ) | **By:    Jackson L. Kiser** |
| B.K. DUDLEY, <u>et al.</u>, | ) | **Senior United States District Judge** |
| **Defendant(s).** | ) | |

Hubert Leverich, proceeding <u>pro se</u>, filed a civil rights complaint, pursuant to 42 U.S.C. §
1983 . By Order entered July 31, 2013, the court directed plaintiff to submit within 10 days from
the date of the Order a statement of assets, an inmate account form, and a certified copy of
plaintiff's trust fund account statement for the six-month period immediately preceding the filing
of the complaint, obtained from the appropriate prison official at which plaintiff is or was
confined during that six-month period.  Plaintiff was advised that a failure to comply would
result in dismissal of this action without prejudice.

More than 20 days have elapsed, and plaintiff has failed to comply with the described
conditions.  Accordingly, the court dismisses the action without prejudice and strikes the case
from the active docket of the court.  Plaintiff may refile the claims in a separate action once
plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying
Order to plaintiff.

ENTER: This 3rd___ day of September ~~August~~, 2013.

_____
Senior United States District Judge